UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GINA ROGERS,<br><br>　　　　Defendant | Criminal No.　21cr10288<br><br>Violation:<br><br>Count One: Bank Theft<br>(18 U.S.C. § 656)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 982(a)(2)) |

INDICTMENT

COUNT ONE
Bank Theft
(18 U.S.C. § 656)

The Grand Jury charges:

From on or about January 1, 2020 through on or about February 14, 2020, in the District of Massachusetts, the defendant,

GINA ROGERS,

being an employee of Citizens Financial Group, Inc., a bank whose deposits are insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud Citizens Financial Group, Inc., willfully misapplied, embezzled, abstracted, or purloined the sum of more than $1,000.000 of the money, funds, or credits of such Citizens Financial Group, Inc.

All in violation of Title 18, United States Code, Section 656.

<u>FORFEITURE ALLEGATION</u>
(18 U.S.C. § 982(a)(2))

1.  Upon conviction of the offense in violation of Title 18, United States Code, Section 656, set forth in Count One, the defendant,

GINA ROGERS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

A TRUE BILL

/s/ Maria Piacentini
FOREPERSON


/s/ David G. Tobin
DAVID G. TOBIN
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 23, 2021
Returned into the District Court by the Grand Jurors and filed.

                                        Lisa Belpedio at 4:04 pm
                                        DEPUTY CLERK