≈JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      Investigating Agency __Postal__

City __Woburn__

County __Middlesex__ ☒     **Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Gina Rogers__     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address    (City & State) __Tewksbury, MA__

Birth date (Yr only): __1976__ SSN (last4#): _____ Sex __F__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__     Bar Number if applicable __552558__

Interpreter: ☐ Yes ☑ No     List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☑ Yes ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release   Ordered by: _____ on _____

Charging Document: ☐ Complaint ☐ Information ☑ Indictment

Total # of Counts: ☐ Petty ☐ Misdemeanor ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 09/23/2021     Signature of AUSA: _/s/ David G. Tobin_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Gina Rogers

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 656 | Bank Theft | 1 |
| Set 2 | Forfeiture Allegation | 18 U.S.C. 982(a)(2) | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013