UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 21-cr-10288-RWZ |
| | ) | |
| | ) | |
| GINA ROGERS | ) | |

## MOTION TO ALLOW DEFENDANT TO PARTICIPATE IN RESTORATIVE JUSTICE PROGRAM

The defendant, Gina Rogers, respectfully requests that the Court enter an order adding a condition of her pre-trial release that he be allowed to participate in the Court's Restorative Justice program. As grounds therefor, Ms. Rogers has expressed an interest in participating in the Restorative Justice program, and probation has indicated that she can participate if the Court adds the program as a condition of her release. The government has no objection to this request.

Respectfully submitted,
GINA ROGERS,
By Her Attorney,

*/s/ Jane F. Peachy*
Jane F. Peachy, B.B.O.#661394
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on January 6, 2022.

*/s/ Jane F. Peachy*
Jane F. Peachy

1